UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

IDELLA CORLEY

VERSUS

STATE OF LOUISIANA, THROUGH
DIVISION OF ADMINISTRATION,
OFFICE OF RISK MANAGEMENT

CIVIL ACTION

NUMBER 06-882-SCR

**RULING ON MOTION TO COMPEL DISCOVERY**

Before the court is the Plaintiff's Motion to Compel Answers to Interrogatories and the Production of Documents. Record document number 44. The motion is opposed.[1]

According to the plaintiff's supporting memorandum, she received the defendants discovery responses on or about August 20, 2008. Plaintiff asserted in her motion that the defendant's discovery responses were deficient and unacceptable. Plaintiff submitted with her motion a copy of her interrogatories and requests for production of documents. Although the plaintiff argued that the defendants responses were deficient, she did not identify any particular discovery response as being deficient. The court cannot make an independent assessment of the adequacy of the defendant's discovery responses because the plaintiff did not submit them with her motion.

Insofar as the plaintiff argued that the deficiency is caused

---

[1] Record document number 49. Plaintiff filed a reply. Record document number 52.

by the defendant withholding documents pending a ruling on its Motion for Entry of Protective Order, that deficiency has been removed by the court's Ruling on Motion for Protective Order and the Protective Order itself.[2]  Documents previously withheld will now be produced subject to the Protective Order.

Insofar as the parties addressed the plaintiff's efforts to obtain the same or similar information and documents from the defendant through public records requests under state law, and then use that information and those documents in her state civil service appeal, there is no need for this court to resolve any disputes they may have.  Defendant acknowledged in its reply memorandum the plaintiff's right to seek public records pursuant to state law, and its obligation to provide documents pursuant to state law.  This court leaves the resolution of any such disputes to the appropriate state agency or court.  This court will resolve disputes over discovery sought and produced pursuant to the Federal Rules of Civil Procedure.

Accordingly, the Plaintiff's Motion to Compel Answers to Interrogatories and the Production of Documents is denied.

Baton Rouge, Louisiana, October 21, 2008.

*Stephen C. Riedlinger*
STEPHEN C. RIEDLINGER
UNITED STATES MAGISTRATE JUDGE

---

[2] Record document number 43, motion; record document number 53, ruling; record document number 54, protective order.