UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

IDELLA CORLEY

CIVIL ACTION

VERSUS

NUMBER 06-882-SCR

STATE OF LOUISIANA, THROUGH
DIVISION OF ADMINISTRATION,
OFFICE OF RISK MANAGEMENT

## RULING ON MOTION FOR LEAVE TO SERVE
## ADDITIONAL DISCOVERY REQUESTS

Before the court Plaintiff's Motion to Exceed the Number of Interrogatories and Requests for Admissions. Record document number 90. The motion is opposed.[1]

Neither the proposed additional interrogatories nor the additional requests for admission were submitted with the plaintiff's motion. Defendants refused to answer interrogatory numbers 10 through 25 of the Plaintiff's Second Set of Interrogatories and Requests for Production of Documents. Knowing that the defendants are opposed to answering discovery requests which exceed the number allowed by the Federal Rules of Civil Procedure, the court cannot assume that these contested interrogatories are amongst the 25 "additional interrogatories" (which would be 16 of the 25) the plaintiff seeks leave to serve on each named defendant. More importantly, because these interrogatories are not in the record they cannot be evaluated by

---

[1] Record document number 92.

the court to determine whether there is good cause to serve them.[2]

At this point in the case, the court will not grant the plaintiff *carte blanch* to serve additional interrogatories and requests for admission without knowing what those discovery request are and to which defendant or defendants they are directed.

Accordingly, the Plaintiff's Motion to Exceed the Number of Interrogatories and Requests for Admissions is denied.

Baton Rouge, Louisiana, November 12, 2009.

                                                        */s/ Stephen C. Riedlinger*
                                        STEPHEN C. RIEDLINGER
                                        UNITED STATES MAGISTRATE JUDGE

---

[2] Nor were the Plaintiff's Second Set of Interrogatories and Requests for Production of Documents attached to the defendants' Motion for Extension of Time to Respond to Discovery.  Record document number 82.