UNITED STATES DISTRICT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| IDELLA CORLEY | CIVIL ACTION NO. 06-882 |
| VERSUS | JUDGE POLOZOLA |
| STATE OF LOUISIANA THROUGH THE DIVISION OF ADMINISTRATION, OFFICE OF RISK MANAGEMENT | MAGISTRATE JUDGE RIEDLINGER |

PLAINTIFF'S OPPOSITION TO
DEFENDANT'S MOTION TO STRIKE; MOTION FOR
ENTRY OF PROTECTIVE ORDER, AND MOTION IN LIMINE

NOW INTO COURT comes plaintiff, Idella Corley, who in opposition to defendants' Motions for Strike, Motion for Entry of Protective Order, and Motion in Limine, moves this Court for leave to file this single opposition and **EXCEED THE PAGE LIMITATION**, that will give her "sufficient" space to *properly* address and **argue** the merits of allegations contained in paragraphs 14-15, 33-44, 46-69, 84-85, 138, 157, 163, 165-169, 176, 206-208, and 219-223 of Plaintiff's Amended Complaint.

1.

In opposition to defendants' Motions, plaintiff attaches hereto and files of record in these proceedings, the following:

EXHIBIT "A", Extracted Paragraphs from Plaintiff's 359-paragraph Amended Complaint Defendants' Want "Stricken";

EXHIBIT "B", Plaintiff's Workers' Compensation Claim/Statement – 2006;

EXHIBIT "C", Excerpts of Albert Jenkins' Deposition Testimony – May 21, 2002;

EXHIBIT "D", Plaintiff's Sworn Affidavit;

EXHIBIT "E", Transcript DOA Official Internal Investigation – June 27, 2006;

EXHIBIT "F", Mary Ann Christopher's – Audio Tape Recorded Statement;

EXHIBIT "G", Lorena Swain's Deposition Testimony – January 16, 2009;

EXHIBIT "H", Henry Rayborn's Deposition Testimony – January 22, 2009;

EXHIBIT "I", Janette Chriss' Deposition Testimony – January 16, 2009;

EXHIBIT "J", Red Hat Society Social Club – Emails;

EXHIBIT " K", Plaintiff's Public Records Request – September 3, 2009;

EXHIBIT "L ", Defendants' EEOC "Statement of Position" – June 2006;

EXHIBIT "M ", Plaintiff's Performance and Planning Rating (PPR) Evaluations

EXHIBIT "N ", Plaintiff's Original and Subsequent EEOC Complaints;

EXHIBIT "O", Idella Corley's Deposition Testimony – August 19, 2008;

EXHIBIT "P", Defendant's "Discriminatory" Emails: 08-26-97-11:03 AM (A. Jenkins and J. London); 10-8-97–12:26 PM (J. London); 10-8-97–3:09 PM (J. London); 08-18-2004 11:13 AM (N. Sandres), sent to Civil Service personnel.

EXHIBIT "Q", DOA Policy Violations;

EXHIBIT "R ", Jane Sledge (Plaintiff's Replacement – New Appointee);

EXHIBIT "S", *Kelly v. Boeing Petroleum Services,* U.S. Court of Appeals, Fifth Circuit, decided as corrected: August 7, 1995.

**2.**

Plaintiff additionally files of records and attaches hereto the following "Exhibits" that "fully" substantiates all allegations contained in paragraphs 14-15, 33-44, 46-69, 84-85, 138, 157, 163, 165-169, 176, 206-208, and 219-223 of her Amended Complaint that the defendants' are asking this Court to "exclude" and "strike" from these legal proceedings.

EXHIBIT NO. 6, (*See* ¶14 Amended Complaint);

EXHIBIT NO. 7, (*See* ¶15 Amended Complaint);

EXHIBIT NO. 17 & 17a, (*See* ¶33 Amended Complaint);

EXHIBIT NO. 18, (*See* ¶34 Amended Complaint);

EXHIBIT NO. 19, (*See* ¶35 Amended Complaint);

EXHIBIT NO. 20, (*See* ¶36 Amended Complaint);

EXHIBIT NO. 21, (*See* ¶37);

EXHIBIT NO. 22, (*See* ¶37Amended Complaint);

EXHIBIT NO. 23, (*See* ¶40 Amended Complaint);

EXHIBIT NO. 24, (*See* ¶41 Amended Complaint);

EXHIBIT NO. 25 & 25a, (*See* ¶43Amended Complaint);

EXHIBIT NO. 25b, (*See* ¶44 Amended Complaint);

EXHIBIT NO. 26, (*See* ¶45 Amended Complaint);

EXHIBIT NO. 27, (*See* ¶46 Amended Complaint);

EXHIBIT NO. 28, (*See* ¶47Amended Complaint;

EXHIBIT NO. 29, (*See* ¶48 Amended Complaint);

EXHIBIT¶59¶59 NO. 30, (*See* ¶49 Amended Complaint);

EXHIBIT NO. 31, (*See* ¶50 Amended Complaint);

EXHIBIT NO. 32, (*See* ¶51 Amended Complaint);

EXHIBIT NO. 33a, (*See* ¶53 Amended Complaint);

EXHIBIT NO. 33b, (*See* ¶54 Amended Complaint);

EXHIBIT NO. 33c, (*See* ¶55Amended Complaint);

EXHIBIT NO. 34, (*See* ¶57 Amended Complaint);

EXHIBIT NO. 35, (*See* ¶58 Amended Complaint);

EXHIBIT NO. 36, (*See* ¶59 Amended Complaint);

EXHIBIT NO. 37, (*See* ¶60 Amended Complaint);

EXHIBIT NO. 38, (*See* ¶61 Amended Complaint);

EXHIBIT NO. 39, (*See* ¶62 Amended Complaint);

EXHIBIT NO. 40, (*See* ¶63 Amended Complaint);

EXHIBIT NO. 41, (*See* ¶64 Amended Complaint);

EXHIBIT NO. 42, (*See* ¶65 Amended Complaint);

EXHIBIT NO. 43, (*See* ¶66 Amended Complaint);

EXHIBIT NO. 44, (*See* ¶67 Amended Complaint);

EXHIBIT NO. 45, (*See* ¶69 Amended Complaint);

EXHIBIT NO. 71a, (*See* ¶138 Amended Complaint);

EXHIBIT NO. 79d, (*See* ¶157 Amended Complaint);

EXHIBIT NO. 82a & 82b (*See* ¶163 Amended Complaint);

EXHIBIT NO. 82c, (*See* ¶165 Amended Complaint);

EXHIBIT NO. 82d, (*See* ¶166 Amended Complaint);

EXHIBIT NO. 82e, (*See* ¶167 Amended Complaint);

EXHIBIT NO. 82f, (*See* ¶168 Amended Complaint);

EXHIBIT NO. 82g, (*See* ¶169 Amended Complaint);

EXHIBIT NO. 83i, (*See* ¶176 Amended Complaint);

EXHIBIT NO. 92f, (*See* ¶206 Amended Complaint);

EXHIBIT NO. 92f & 92g, ¶207 (*See* Amended Complaint;

EXHIBIT NO. 94h, (*See* ¶208 Amended Complaint);

EXHIBIT NO. 94e, (*See* ¶220 Amended Complaint); and

EXHIBIT NO. 94i, (*See* ¶223 Amended Complaint);

**3.**

Plaintiff incorporates herein by specific reference her Memorandum in Opposition to Defendants' Motion in Strike, Motion of Entry of Protective Order, and Motion in Limine and all arguments contained therein.

**4.**

Plaintiff is entitled to and desires that defendants' Motions be denied entirely and further, that she be awarded all such relief to which she is entitled at law or in equity.

WHEREFORE, Plaintiff, Idella Corley, prays that defendants' Motion to Strike, Motion for Entry of Protective Order, and Motion in Limine be denied entirely and that she be awarded all such relief to which she is entitled at law or in equity.

Respectfully submitted,

Idella R. Corley
Pro Se
2944 Kimberly Drive
Baton Rouge, LA 70814
(225) 636-2710

5

## CERTIFICATE OF SERVICE

I certify that the foregoing Plaintiff's Motion in Opposition to Defendant's Motion to Strike, Motion for Entry of Protective Order, and Motion in Limine has been served on the defendants, through their counsel of record, Michelle Plauche, by first class, United States Mail, properly addressed and postage prepaid, on this 15th day of March, 2010.

*Idella R. Corley*
Idella R. Corley